HENRY E. HOOD, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Hood* v. *N. Y. C. & H. R. R. R. Co.*, 164 App. Div. 917, affirmed. (Argued May 4, 1917; decided May 22, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 12, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to establish and to enjoin defendant from obstructing a right of way. The plaintiff claimed an easement over the roadway on the defendant's right of way for ingress to and egress from his house and premises acquired by use for that purpose for more than twenty years, on the ground that it is necessary, it being the only means of ingress to and egress from his premises, and that it had been used for such purposes openly, visibly, notoriously and without objection or obstruction on the part of the owners or occupants of the said railroad right of way for more than twenty years.

*Amos Van Etten* for appellant.

*N. A. Calkins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.